Justices SAYLOR and TODD join this opinion.

**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Luis GARCIA, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 16, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of August, 2012, the Application for Leave to File a Supplement to the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are hereby **DENIED.**

---

3. The OISA agrees with Allstate that the General Assembly could not have intended to treat annuities differently from other insurances, especially life insurance, and thus finds it "difficult to believe the legislature meant to accomplish such a curious prohibition [of annuities from the numerator] through a tacit omission." OISA Op. at 1081–82. An annuity is starkly different from life insurance, however. Annuities are generally contracts between an investor and insurance companies; life insurance policies provide for the needs of beneficiaries upon the insured's death. Annuities are often times paid to the insured himself, during his life time; the proceeds of insurance policies are paid to survivors upon the insured's death. While irrelevant in a plain language analysis, these differences could be why the General Assembly did not include annuities in the subsection (b) defined numerator. Respectfully, the point is that the plain language is our "best indication of legislative intent," and that plain language clearly states that only guaranteed premiums of life, health, and accident insurance shall be included in the subsection (b) numerator.

Assuming that there is error in the clear legislative language, it falls to the legislature to pass an amendment to rectify that error.

4. We further note that the Commonwealth Court declined to dispose of constitutional issues raised by Allstate, instead deciding the appeal on the statutory and non-constitutional grounds discussed herein. Accordingly, we would further remand this appeal to the Commonwealth Court for consideration of any remaining and preserved constitutional claims.